HOMER JEFFERSON SIZEMORE v. JEFFREY EUGENE RAXTER AND DILLARD EUGENE RAXTER

No. 228A85

(Filed 1 October 1985)

APPEAL by defendants as a matter of right pursuant to N.C. Gen. Stat. § 7A-30(2) from a decision of the Court of Appeals, reported at 73 N.C. App. 531, --- S.E. 2d --- (1985) (*Judge Johnson, Judge Phillips* concurring and *Judge Webb* dissenting) which affirmed *Judge Sitton's* judgment for the plaintiff entered 28 July 1983 in GASTON County Superior Court.

*Joseph B. Roberts, III, for plaintiff-appellee.*

*George C. Collie and Charles M. Welling, for defendant-appellants.*

PER CURIAM.

This is an action for damages for personal injuries arising out of a collision between the plaintiff's person and the automobile driven by the defendant, Jeffrey Eugene Raxter, and owned by the defendant, Dillard Eugene Raxter. Judge Webb dissented from the decision of the Court of Appeals on the basis that it was error for the trial judge to submit the issue of last clear chance to the jury.

After reviewing the records and briefs and hearing the oral argument on the question presented by this appeal, we conclude that the majority opinion of the Court of Appeals is correct and should be affirmed.

Affirmed.